IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Lawanda L

Printed: 2/5/08

Case Number: 07 B 18307
Judge: Wedoff, Eugene R
Filed: 10/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One Auto Finance | Secured | 14,000.00 | 0.00 |
| 2. | American Student Assistance | Unsecured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 130.50 | 0.00 |
| 4. | Devon Financial Services Inc | Unsecured | 25.66 | 0.00 |
| 5. | Kosmo Financial | Unsecured | 145.70 | 0.00 |
| 6. | Surety Finance | Unsecured | 30.30 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 143.44 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 618.23 | 0.00 |
| 9. | ACS | Unsecured |  | No Claim Filed |
| 10. | First Premier | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | Citibank Mortgage, Inc | Unsecured |  | No Claim Filed |
| 13. | Great Lakes Specialty Finance | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Aspen | Unsecured |  | No Claim Filed |
| 16. | Check Systems | Unsecured |  | No Claim Filed |
| 17. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 18. | Avadanian & Adler | Unsecured |  | No Claim Filed |
| 19. | Insta Cash | Unsecured |  | No Claim Filed |
| 20. | Regional Finance | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,093.83 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hill, Lawanda L

Printed: 2/5/08

Case Number: 07 B 18307
Judge: Wedoff, Eugene R
Filed: 10/5/07

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees
                _____
                $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

